```
_____FILED  _____LODGED
              _____RECEIVED

        DEC 22 2020

     CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                                DEPUTY
```

# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STEPHEN CHRISTOPHER WRIGHT, ) <br> ) <br> Plaintiff, ) <br> ) <br> v ) <br> ) <br> MELISSA Marie OAKS, ) <br> BROOKS A RAY, ) <br> CIDNEY DANUSER, ) <br> ) <br> Defendants. ) <br> ) | Case No. 3:2020-cv-06229 <br><br> TRIAL BY JURY DEMANDED |

## I.   Plaintiff's Preliminary Injunction

1. Comes now the Plaintiff seeking a preliminary injunction. This injunction is critical for the Plaintiff to obtain in order to remain in equal standings of equity during the process of this litigation, and to prevent the misrepresentations of fact the Defendant Melissa Oaks has made to the Arkansas Office of Child Support Enforcement under alias name and with fabricated documents, and thereafter the Arkansas Office of Child Support Enforcement neglecting their duties and misrepresenting information to the UNited States Treasury Department, from further damaging the Plaintiff and his family.

2. The Plaintiff, Melissa Oaks, has utilized deception to financially gain and the United States Department of the Treasury has acted upon that deception and the Plaintiff Melissa Oaks has financially gained. The past bill related to coronavirus relief was affected and paid to the State of Arkansas whereas there has never been an order for the state of Arkansas to be paid money, and this was enabled by the Defendant's actions, and wilful actions Arkansas Office of Child Support Enforcement case worker Kim Grisham, as laid out below in chronological order.
3. The Plaintiff, Melissa Oaks, applied for services with the Arkansas Office of Child Support under alias "Mellisa Oaks".
4. The Plaintiff, Melissa Oaks, applied for services with the Arkansas Office of Child Support, to enforce a debt for the State of Arkansas and utilized a fabricated document for support of debt.
5. Arkansas Office of Child Support Enforcement, Kim Grisham, misrepresented fact by submitting this debt being ordered from a non-existent court case supposedly arising in Garland Arkansas, to United States Department of the Treasury. Kim Grisham had a responsibility to ensure the debt existed and was lawful, as well as verify the identity of the applicant and ensure it matched the order, and Kim Grisham failed all those obligations and neglected her duties as a result while working under color of law. In addition Kim Grisham wrote in a correspondence letter to the Plaintiff that she asked the state of Oklahoma to verify an Oklahoma Order, however documentation provided by the Agency shows the order was actually submitted for an order from a non existent court case in Garland County Arkansas and NOT Oklahoma.
6. United States Department of the Treasury then withheld the Corona Virus Relief for the State of Arkansas from the Defendant.
7. United States Department of the Treasury then withheld the tax refunds for the State of Arkansas from the Defendant.
8. The State of Arkansas will again take the CoronaVirus relief and tax refund of the Plaintiff, utilizing a fabricated false document, from the Defendant unless this injunction is granted.
9. The Defendant will continue to be deprived of his right to due process of law protected, by the 14th Amendment to the United States Constitution, that would otherwise allow this debt to be discharged because an Arkannsas court case doesn't exist. There is NO court case

Plaintiff's Motion for Preliminary Injunction
And Plaintiff's Proposed Order

Stephen Wright
422 Dutterow Rd SE
Olympia WA, 98513
Page 2

for this litigation to be litigated in because there is no court case that orders the Plaintiff to pay the State of Arkansas ANY monies.
10. The Plaintiff has called and attempted to talk to the AOCSE case worker multiple times, has never been able to speak with the case worker, and has never been called back after the misrepresentation of facts were brought forth to the person answering the phone for AOCSE.
11. The Plaintiff will continue to be defrauded if this injunction is not granted, and the Arkansas Office of Child Support Enforcement will continue to enforce non existent court orders because they cannot close the case because a dismissal for a fabricated court case cannot be provided because the case does not exist and there is no process otherwise to cease enforcement unless the agency chooses too. The agency has the grounds to close the case on their own merit due to the false misrepresentation of fact provided by the defendant Melissa Oaks, however they have chosen to continue to wilfully enforce known erroneous actions against their own regulations, state law, and the United States Constitution.

I swear the information provided in this document is true and accurate to the best of my knowledge

*Stephen Wright*
Stephen Wright
422 Dutterow Rd SE
Olympia WA, 98513
Phone: (360)999-2736

Plaintiff's Motion for Preliminary Injunction
And Plaintiff's Proposed Order

Stephen Wright
422 Dutterow Rd SE
Olympia WA, 98513
Page 3



**STATE OF ARKANSAS**
**OFFICE OF CHILD SUPPORT ENFORCEMENT**
**DEPARTMENT OF FINANCE AND ADMINISTRATION**
WWW.CHILDSUPPORT.ARKANSAS.GOV

2228 ALBERT PIKE RD STE H
HOT SPRINGS, AR 71913-4089
PHONE: (501) 321-1561
FAX: (501) 321-1581
SUPPORT.HOTSPRINGS@OCSE.ARKANSAS.GOV

MAY 8, 2019

FILED _____ LODGED
_____ RECEIVED

DEC 22 2020

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY_____ DEPUTY



STEPHEN C. WRIGHT
617 FIR ST SE
OLYMPIA, WA 98501-1834

120050752

**RE: Request for Administrative Hearing**

    Case Number: 367533618

Dear STEPHEN C. WRIGHT:

We received your letter requesting an administrative hearing related to the following notice(s) issued in your child support case:

☐ Notice of Intent to Suspend License(s)

☒ IRS Pre-Offset Notice

☐ State Tax Pre-Offset Notice

☐ Notice of Action to Close Your Child Support Case

Requests for administrative hearings must be made within 30 days of the date of the notice. Because your request was made after the expiration of the required period, you are not entitled to a hearing on this issue.

Though an administrative hearing is unavailable to address this/these particular issue(s), your caseworker may be able to provide assistance to you in this matter. Please contact your caseworker or me if we may be of further assistance.

Sincerely,

Michelle Middleton

↑ Won't Speak to Me

Member Number: 53348955

OCSE - FENH2 06/2017
Case Number(s): 367533618

OCSE MyCase Website

FILED LODGED
RECEIVED
DEC 22 2020
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY_____ DEPUTY

Welcome **stephencwright**         My Home   Feedback   FAQs   Glossary                    Site Tour   Logout

**My Home**           My Home   Case Dashboard   **Case Summary**

**My Personal**       Case ID: **367533618**   CP: **MELLISA OAKS**   NCP: **STEPHEN WRIGHT**   Case Status: **Open**   Child(ren): **KAITLYN AND BROOKLYN**

**My Payments**       **Case Information**                                                                                        Close

**My Case(s)**        **Case Summary**

**367533618**
Other Party: **MELLISA OAKS**        The recent events are highlights of actions taken on your case. There may be other events not shown that have occurred on your case.

Inbox                 Any past due child support or judgment amounts are calculated on the last business day of the previous month and based on your most recent court order on record.
Case Summary
Appointments          Your case is currently open and your support order is being enforced. OCSE has your address on file. Information can be mailed to your local office, HOT SPRINGS OCSE, at 2228 ALBERT PIKE RD STE H, HOT SPRINGS, AR, 71913-4089, or faxed to
Forms and Notices     (501) 321-1581. For questions, you can call (501) 321-1561.

**Recent Events on My Case**

On 07/18/2018, this case was opened.

On 10/28/2018, information for the noncustodial parent of this case was submitted for the Passport Denial Program.

On 04/14/2019, information for the noncustodial parent of this case was submitted for the Federal Tax Refund Offset Program. However, the state reserves the right to retain any intercepted amount for any debt owed to the State.

*[handwritten annotation: "No case exists with plaintiff in this court" with arrow pointing to Support Order Details]*

**Support Order Details**

| County Name | Docket NO | Start Date |
|---|---|---|
| GARLAND COUNTY COURTHOUSE | | 2/1/2014 |

**Financial Details**

| Type | Category | Frequency | Amount | Past Due Amount |
|---|---|---|---|---|
| CHILD SUPPORT | JUDGMENT | MONTHLY | $50.00 | $8,916.60 |
| CHILD SUPPORT | SUPPORT | MONTHLY | $337.22 | $10,791.04 |

Accessibility | Privacy Policy                                            © 2010 State of Arkansas. All Rights Reserved.



**STATE OF ARKANSAS**
# Department of Finance and Administration
**Office of Child Support Enforcement**

2228 Albert Pike Rd, Ste H
Hot Springs, AR 71913
Phone: (501) 321-1561
Fax: (501) 321-1581
support.hotsprings@ocse.arkansas.gov
www.childsupport.arkansas.gov

April 18, 2019

Mr. Stephen Wright
617 Fir Street SE
Olympia, WA  98501



RE: Arkansas OCSE case number 367533618

Dear Mr. Wright:

Thank you for your email to the Federal Regional Office of Child Support Enforcement regarding your concerns about your case. Your inquiry has been referred to me to research and answer. I have thoroughly reviewed your case and details regarding your case are as follows:

- A Temporary Order was entered on July 25, 2016 in the District Court of Oklahoma County, State of Oklahoma under docket number FD-2014-51. The order states that you were properly served on April 20, 2016 and failed to appear for the hearing. The court set your child support obligation at $337.22 per month beginning February 1, 2014. The order states that you were to make all payments to the Oklahoma Department of Human Services, State Distribution Unit, P.O. Box 268849, Oklahoma City, OK  73126.

- A Decree of Dissolution of Marriage was entered on September 20, 2016 in the District Court of Oklahoma County, State of Oklahoma under docket number FD-2014-51. The Decree states that you filed responsive pleadings and were represented Pro se and failed to appear. The court granted a judgment in the amount of $8,916.60 as of July 1, 2016 and states that current support is to be set at $337.22 beginning February 1, 2014.

- The custodial parent applied for services with Arkansas Child Support Enforcement and a case was opened on July 18, 2018.

- The Oklahoma Child Support Services was contacted to verify if payments had been made through their office. Per a letter dated July 24, 2018 from the Oklahoma Child Support Services, no payments have ever been received through their office.

- The custodial parent has signed a Direct Payment Statement stating that she has received no payments directly from you for the period of August 1, 2016 through August 28, 2018.

- The Arkansas caseworker contacted the Oklahoma Child Support Services Office and verified that there was a case with them, but their case is currently closed.

- On March 28, 2019 the caseworker mailed you a copy of the court orders and the affidavit of arrears. She requested that if you had any other court orders or proof of any payments not reflected in the affidavit to please provide a copy of them to our office. As of today, she has not received any additional documents from you.

Pursuant to Title IV-D of the Social Security Act the Arkansas Office of Child Support Enforcement is currently enforcing the Oklahoma Divorce Decree which set support at $337.22 per month and granted a judgment for $8,916.60 for unpaid child support for the period of February 1, 2014 through July 1, 2016.

If you have any other questions or concerns, please do not hesitate to contact your caseworker, Kim, at the contact information listed above.

Sincerely,

*Michelle Middleton*

Michelle Middleton
Child Support Supervisor I

# TRANSACTION FORM



## U.S. BANKRUPTCY COURT
### or
## U.S. DISTRICT COURT
(circle one)



FILED ___ LODGED ___ RECEIVED
DEC 22 2020
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY ___ DEPUTY

**COURTESY COPIES ARE TEMPORARILY NOT REQUIRED DURING THE COVID-19 EMERGENCY**

DATE & TIME: 12/22/2020

NAME: Wright, Stephen

CASE NUMBER (IF KNOWN): 3:2020-CV-06229

EMAIL: FST3503@gmail.com

PHONE: 360.999.2736

# REASON FOR TRANSACTION:

☐ NEW CASE FILING

☐ PAYMENT (Money Orders made payable to US District Court or US Bankruptcy Court)
   **DO NOT LEAVE CASH OR PERSONAL CHECKS**

☐ FILING ADDITIONAL DOCUMENTS

☒ OTHER: 1. Per order - Cover Sheet
2. Further evidence of unlawful actions to support Pre-liminary injunction
3. Preliminary Injunction