UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| STEPHEN CHRISTOPHER WRIGHT,<br><br>Plaintiff,<br><br>v.<br><br>MELISSA MARIE OAKS, *et al.*,<br><br>Defendants. | CASE NO. 3:20-cv-06229-RJB<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed the Report and Recommendation ("R&R") of Magistrate Judge J. Richard Creatura (Dkt. 6) and the remaining record, does hereby find and **ORDERS** that the R&R is **ADOPTED** and that plaintiff's *in forma pauperis* application (Dkt. 1) is **DENIED**, that this matter is **DISMISSED** without prejudice, and that all pending proposed motions (Dkt. 4) be stricken from the docket.

The Clerk shall send copies of this Order to plaintiff and to Judge Creatura

Dated this 22nd day of March, 2021.

*Robert J. Bryan*

ROBERT J. BRYAN
United States District Judge